ORIGINAL

1  Zhongfengxueind

2  LEONARDO M. RAPADAS
   United States Attorney
3  FREDERICK A. BLACK
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT -5 2005 nb
MARY L.M. MORAN
CLERK OF COURT

8

9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,          ) CRIMINAL CASE NO.  05-00071
                                       )
13                      Plaintiff.     )      **INDICTMENT**
                                       )
14            vs.                      ) **FALSE SWEARING IN**
                                       ) **IMMIGRATION MATTER**
15  ZHONGFENG XUE,                     ) [18 U.S.C. § 1546(a)]
                                       ) **PERJURY**
16                      Defendant.     ) [18 U.S.C. § 1621]
                                       )
17  _____)

18  THE GRAND JURY CHARGES:

19
    **COUNT 1 - FALSE SWEARING IN IMMIGRATION MATTER**
20
         On or about the 25th day of March, 2005, in the District of Guam, the defendant,
21
    ZHONGFENG XUE, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. §
22
    1746, a false statement with respect to a material fact in an Application for Asylum and for
23
    Withholding of Removal, a document required by immigration law or regulation prescribed
24
    thereunder, to wit, that is, that he had never been in immigration court proceeding; that he had
25
    last left his country on June 13, 2004; that his most recent entry into the United States was on
26
    Guam on October 15, 2004; and that he had come to Guam on a fishing boat in October of 2004,
27

28                                          1

1 which said statements the defendant then and there knew were false, in that he had previously

2 been in immigration court proceedings; had not left his country on June 13, 2004; his most recent

3 entry into the United States was not on Guam on October 15, 2004; and that he had not come to

4 Guam on a fishing boat in October of 2004, in violation of Title 18, United States Code, Section

5 1546(a).

6

### COUNT 2 - PERJURY

8 1. On or about the 25th day of March, 2005, in the District of Guam, ZHONGFENG

9 XUE, did submit a material written Application for Asylum and for Withholding of Removal,

10 executed under penalty of perjury under the format of 28 U.S.C. § 1746, in which he did willfully

11 and knowingly state material matters which he did not believe to be true, that is to say: that he

12 had never been in immigration court proceeding; that he had last left his country on June 13,

13 2004; that his most recent entry into the United States was on Guam on October 15, 2004; and

14 that he had come to Guam on a fishing boat in October of 2004.

15 2. At the time and place aforesaid the Immigration and Naturalization Service (INS), did

16 require that applications for asylum by it be in writing and executed in the format provided by 28

17 U.S.C. § 1746. It was material to such asylum application that the applicants state if the

18 applicant had ever previously been in immigration court proceeding, when the applicant had last

19 left his country, when was the applicant's most recent entry into the country.

20 3. At the time and place aforesaid, ZHONGFENG XUE, submitted a signed written

21 Application for Asylum to the INS, which contained the following statement: "I declare under

22 penalty of perjury that the forgoing is true and correct. Executed on March 25, 2005. Signature

23 Zhongfeng Xue." The application signed and submitted by ZHONGFENG XUE, did falsely

24 state that the statements in paragraph one, above, were true.

25 4. The aforesaid statements in the application signed and submitted by ZHONGFENG

26 XUE, as he then and there well knew and believed, were false in that he had previously been in

27

28

2

1 | immigration court proceedings; had not left his country on June 13, 2004; his most recent entry

2 | into the United States was not on Guam on October 15, 2004; and that he had not come to Guam

3 | on a fishing boat in October of 2004

4 |      All in violation of Title 18, United States Code, Section 1621.

5 |      Dated this 5th day of October, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: FREDERICK A. BLACK
Assistant U.S. Attorney

RUSSELL C. STODDARD
First Assistant U.S. Attorney

3

<u>**Criminal Case Cover Sheet**</u>                                            <u>**U.S. District Court**</u>

**Place of Offense:**

City _____ Hagåtña _____

**Related Case Information:**

Country/Parish _____

Superseding Indictment _____ Docket Number __05-00071____
Same Defendant _____ New Defendant ____X____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No**

Defendant Name ____Zhongfeng Xue_____

Alias Name _____

Address _____

_____

Birthdate _1969___ SS# __None___ Sex __M__ Race __A__ Nationality_Chinese____

**U.S. Attorney Information:**

AUSA ___Frederick A. Black_____

**Interpreter:** ____ No _X_ Yes   List language and/or dialect: ___Chinese/Mandarin____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts: ____2____**   _____ Petty _____ Misdemeanor __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set | 1 _18 USC 1546_____ | _False Swearing in Immigration Matter_____ | ___1_____ |
| Set | 2 _18 USC 1621_____ | _Perjury_____ | ___2_____ |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: _/0 - 6 - 05_____ Signature of AUSA: ___[signature] Fred A. Black_____

**RECEIVED**
OCT - 6 2005
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**