# UNITED STATES DISTRICT COURT

_____ District of _____ -5 CCTGUAM14 00 01 _____

UNITED STATES OF AMERICA

V.

ZHONGFENG XUE

**WARRANT FOR ARREST**

Case Number: CR-05-00071

**FILED**
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ZHONGFENG XUE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:1546 - FALSE SWEARING IN IMMIGRATION MATTER - COUNT 1

18:1621 - PERJURY - COUNT 2

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | _Marilyn B. Alcon_ (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 10/5/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Agana, GU

| DATE RECEIVED 10/6/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/6/05 | Timothy L. Conway S/A | (signed) |

Case 1:05-cr-00071   Document 2   Filed 10/07/2005   Page 1 of 1