IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00071   DATE: 10/07/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: Judith Hattori
Court Reporter: Wanda Miles   Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:17:26 - 11:27:25   CSO: J. Lizama

**************************APPEARANCES**************************

**DEFT:** ZHONGFENG XUE   **ATTY:** JOHN GORMAN
( X ) PRESENT  ( X ) CUSTODY  (  ) BOND  (  ) P.R.   ( X ) PRESENT  (  ) RETAINED  ( X ) FPD  (  ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK   AGENT: TIM CONWAY, B.I.C.E.

U.S. PROBATION: JUDY OCAMPO   U.S. MARSHAL: G. PEREZ

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn   LANGUAGE: CHINESE

**PROCEEDINGS:   INITIAL APPEARANCE AND ARRAIGNMENT**

(  ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: SIX YEARS
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
(  ) REMOVAL/IDENTITY HEARING  (  ) CONDUCTED  (  ) WAIVED  (  ) SET FOR:_____ at _____
(  ) WARRANT OF REMOVAL ISSUED
(  ) GOV'T SUMMARIZES THE EVIDENCE   (  ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF (  ) COMPLAINT  (  ) INFORMATION  ( X ) INDICTMENT
( X ) PLEA ENTERED:  (  ) *GUILTY*  ( X ) *NOT GUILTY* - TO: COUNTS I AND II
(  ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(  ) PLEA AGREEMENT FILED: _____ PLEA: (  ) *ACCEPTED*  (  ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(  ) SENTENCING DATE: _____ at _____   (  ) STATUS HEARING:_____ at _____
(  ) PRESENTENCE REPORT ORDERED AND DUE: _____
(  ) PRELIMINARY EXAMINATION SET FOR: _____
(  ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: DECEMBER 5, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (  ) *PROCESSING* ( X ) *DETENTION*
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
(  ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**The Court detained the defendant pursuant to the recommendation received by the pretrial service office. Counsel had no objection.**