IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00071          DATE: 11/14/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:30:49 - 10:55:57     CSO: J. Lizama / B. Benavente

*********************** **APPEARANCES** ***********************

**DEFT:** ZHONGFENG XUE                          **ATTY:** JOHN GORMAN
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK                        AGENT:

U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON         U.S. MARSHAL: V. ROMAN & W. GRAY

INTERPRETER: FOO MEE CHUN CLINARD                LANGUAGE: CHINESE

**PROCEEDINGS: CHANGE OF PLEA**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 37    HIGH SCHOOL COMPLETED: _____
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
       OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: NOVEMBER 10, 2005    PLEA: ( ) *ACCEPTED* ( ) *REJECTED*

( X ) SENTENCING DATE: MARCH 6, 2006  at  9:30 A.M.  ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: JANUARY 9, 2006    DUE TO COURT: FEBRUARY 9, 2006

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:
<u>Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge.</u>

<u>Pen and ink change to the plea agreement: Page 1, line 26, substitute the word "Perjury" with the words
"False Swearing in Immigration Matter".</u>

<u>The Court executed the Report and Recommendation Concerning Plea of Guilty.</u>