# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Zhongfeng Xue,<br><br>    Defendant. | Case No. 1:05-cr-00071<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed November 14, 2005,* on the dates indicated below:

*U.S. Attorney's Office*           *Federal Public Defender*
*November 15, 2005*               *November 15, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed November 14, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005                    /s/ Virginia T. Kilgore
                                                          Deputy Clerk