**FILED**
DISTRICT COURT OF GUAM
DEC - 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00071 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| ZHONGFENG XUE, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of an Indictment charging him with False Swearing in Immigration Matter, in violation of 18 U.S.C. § 1546(a, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on March 6, 2006 at 9:30 a.m..

IT IS SO ORDERED.

DATED this 6th day of December 2005.

_____
D. LOWELL JENSEN*
Senior District Judge

---

\* The Honorable D. Lowell Jensen, United States District Judge for the Northern District of California, sitting by designation.

ORIGINAL