JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
ZHONGFENG XUE



**FILED**
DISTRICT COURT OF GUAM

JAN 2 4 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00071 |
| | ) |
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE |
| | ) REPORT |
| vs. | ) |
| | ) |
| ZHONGFENG XUE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, ZHONGFENG XUE, by and through counsel, John T. Gorman,

Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence

Investigation Report.

DATED: Mongmong, Guam, January 20, 2006.

JOHN T. GORMAN
Attorney for Defendant
ZHONGFENG XUE

# ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing

document was duly mailed and/or hand-delivered to the following on January 20, 2006:


FREDERICK A. BLACK
Assistant United States Attorney, Senior Litigation Counsel
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam   96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


MARIA CRUZ
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, January 20, 2006.


RENATE DOEHL
Operations Administrator to

JOHN T. GORMAN
Attorney for Defendant
ZHONGFENG XUE